LOCAL BANKRUPTCY FORM 9013-3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Bertram H. Berk, Jr. and Karen M. Berk

**Debtor(s)**

William G. Schwab, Chapter 7 Trustee

**Plaintiff(s)/Movant(s)**
vs.

U.S. Trustee

**Defendant(s)/Respondent(s)**

CHAPTER 7

CASE NO. 5 - 16 -bk- 00601-JJT

ADVERSARY NO. __-__ ap-_____
(if applicable)

Nature of Proceeding: Application to Hire / Objection To Application

Document #: 34 and 36

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

Undersigned counsel is attached for a state court matter in Monroe County, No. 45-16-0105. Further the parties are working towards a resolution to the U.S. Trustee's objection and additional time is required for said resolution.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 11/18/2016

Eric James Filer, Esq.

Attorney for Chapter 7 Trustee

Name: William G. Schwab

Phone Number: 610-377-5200

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.