In re:  
Bertram H. Berk, Jr.  
Karen M. Berk  
      Debtors

Case No. 16-00601-JJT  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0314-5     User: MMchugh     Page 1 of 1     Date Rcvd: Aug 22, 2017  
                          Form ID: fnldec     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2017.  
db/jdb         Bertram H. Berk, Jr.,    Karen M. Berk,    141 E Ridge St,    Coaldale, PA   18218-1232  
aty             +William G. Schwab & Associates,    811 Blakeslee Blvd, Drive East,    PO Box 56,  
                Lehighton, PA 18235-0056

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2017                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2017 at the address(es) listed below:  
           David J. Harris    on behalf of Debtor Bertram H. Berk, Jr. dh@lawofficeofdavidharris.com, davidharrisesqign@gmail.com  
           David J. Harris    on behalf of Joint Debtor Karen M. Berk dh@lawofficeofdavidharris.com, davidharrisesqign@gmail.com  
           Eric James Filer    on behalf of Trustee William G Schwab (Trustee) efiler@uslawcenter.com, ecf@uslawcenter.com  
           Joshua I Goldman    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Thomas I Puleo    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
           United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
           William G Schwab    on behalf of Trustee William G Schwab (Trustee) ECF@uslawcenter.com, schwab@uslawcenter.com  
           William G Schwab (Trustee)    schwab@uslawcenter.com, wschwab@iq7technology.com;ecf@uslawcenter.com  
                                                                                  TOTAL: 8

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Bertram H. Berk Jr.<br>aka BJ Berk<br>141 E Ridge St<br>Coaldale, PA 18218−1232 | Chapter 7<br>Case No. 5:16−bk−00601−JJT |
| Karen M. Berk<br>141 E Ridge St<br>Coaldale, PA 18218−1232 | |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−3794
xxx−xx−5800

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED, William G Schwab (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated:  August 22, 2017                                By the Court,

                                                     Honorable John J. Thomas
                                                     United States Bankruptcy Judge
                                                     By: MMchugh, Deputy Clerk